# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 22-CR-139 |
| | : | |
| **CALE DOUGLAS CLAYTON,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Laura Hill, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

        Respectfully Submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

by:    /s/ *Laura E. Hill*
        LAURA E. HILL
        Trial Attorney, Detailee
        NV Bar Number 13894
        175 N Street, NE, 9th Floor
        Washington, D.C. 20002
        (202) 598-3962
        Laura.E.Hill@usdoj.gov