UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 22 CR 139 (RCL) |
| v. | : | |
| | : | |
| CALE DOUGLAS CLAYTON, | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:    */s/ BARRY K. DISNEY*
        Barry K. Disney
        Trial Attorney, Capital Case Section
        Detailee – Capitol Siege Division
        Kansas Bar No. 13284
        U.S. Department of Justice
        1331 F. St. NW, Suite 6000
        Washington, D.C. 20005
        202-305-4367 (office)
        202-924-4861 (cell)
        Barry.Disney@usdoj.gov