UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

CALE DOUGLAS CLAYTON,

*Defendant.*

Case No. 1:22-cr-139-RCL

## ORDER

In consideration of the request made by Pretrial Services in the March 7, 2023 Pretrial Compliance Report [23], it is hereby ORDERED that defendant's conditions of release are modified in that he may travel within the District of Kansas without first notifying Pretrial Services.

**IT IS SO ORDERED.**

Date: April 20, 2023

Royce C. Lamberth
United States District Judge

1