UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CALE DOUGLAS CLAYTON,<br><br>    *Defendant.* | Case No. 1:22-cr-139-RCL |

### ORDER

It is hereby **ORDERED** that the Government's Unopposed Motion [37] to Dismiss is **GRANTED** and Counts One, Two, Five, Six, Seven, Eight, and Nine of the Indictment are **DISMISSED**.

    **IT IS SO ORDERED.**

Date: July 28, 2023

Royce C. Lamberth
United States District Judge